WILLIAM B. CAMPBELL v. GURNEY P. HOOD, COMMISSIONER OF BANKS, AND ROBERT STRANGE, LIQUIDATING AGENT OF THE HOME SAVINGS BANK.

(Filed 27 April, 1932.) ·

Appeal and Error J d—Where Court is evenly divided judgment will be affirmed.

Where on appeal the Supreme Court is evenly divided in opinion, one Justice not sitting, the judgment will be affirmed without becoming a precedent.

APPEAL by petitioner from *Barnhill, J.,* at October Term, 1931, of NEW HANOVER. Affirmed.

From judgment that the petitioner is not entitled to the relief prayed for in his petition, the petitioner appealed to the Supreme Court.

*Bryan & Campbell for petitioner.*
*Woodus Kellum for respondent.*

·PER CURIAM. *Stacy, C. J.,* not sitting at the hearing of this appeal, and the Associate Justices being evenly divided in opinion as to whether there is error in the judgment, the judgment is affirmed. The decision does not become a precedent. *Nebel v. Nebel,* 201 N. C., 840, 161 S. E., 223.

Affirmed.